UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENEVA LABORATORIES LIMITED, *et al.*,

                              Plaintiffs,

                    -against-

SPTJ ENTERPRISE, INC., *et al.*,

                              Defendants.
------------------------------------------------------------X

23-CV-10595 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       Plaintiffs filed this action on December 6, 2023, (Doc. 10), and filed affidavits of service on January 5, 2024, (Docs. 22–25). The deadline for Defendants to respond was as follows:

- Defendant SPTJ Enterprise, Inc.: January 18, 2024
- Defendant Suzanna Kim: January 4, 2024
- Defendant Kap Sang Kim: January 4, 2024
- Defendant Shine Corp.: January 11, 2024

       To date, Defendants have not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 25, 2024. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 19, 2024
           New York, New York

                                                                VERNON S. BRODERICK
                                                                 United States District Judge